Arby Aiwazian (Cal. State Bar No. 269827)
    *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
    *joanna@calljustice.com*
Selena Matavosian (Cal. State Bar No. 348044)
    *selena@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 North Brand Boulevard, Suite 900
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE MARIA MACIAS GUTIERREZ, individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiff,<br><br>    vs.<br><br>CINTAS CORPORATION NO. 3, a Nevada corporation; CINTAS CORPORATION NO. 2, a Nevada corporation; CINTAS CORPORATE SERVICES, INC., an Ohio corporation; CINTAS CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-00405-DJC-CKD<br><br>Honorable Daniel J. Calabretta<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: December 3, 2024<br>Trial Date:        None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

Spencer C. Skeen (Cal State Bar No. 182216)
    *spencer.skeen@ogletree.com*
Jesse C. Ferrantella (Cal. State Bar No. 279131)
    *jesse.ferrantella@ogletree.com*
Yousaf Jafri (Cal. State Bar No. 314773)
    *yousaf.jafri@ogletreedeakins.com*
**OGLETREE DEAKINS**
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: (858) 652-3100

*Attorneys for* Defendants

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

The Court, having reviewed the Joint Stipulation to Dismiss Action Without Prejudice ("Joint Stipulation"), entered into by and between Plaintiff Dulce Maria Macias Gutierrez ("Plaintiff") and Defendants Cintas Corporation No. 3, Cintas Corporation No. 2, Cintas Corporate Services, Inc., and Cintas Corporation (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), by and through their respective attorneys of record herein, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS**:

The Court hereby grants the Parties' Joint Stipulation and dismisses this action without prejudice.

**IT IS SO ORDERED.**

Dated: March 3, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**